# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

Roadway Retail LLC

vs.

The Partnerships and Unincorporated Associations Identified on Schedule A

Case No.: 25-cv-494

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Jianyin Liu**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Wanmikechuang-US, youshengus, Vannisi, Vanexiss-US, Feisate** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) The Law Offices of James Liu PLLC with offices at:

   Mailing address: 15750 SW 92nd Ave Unit 20C

   City, State, Zip Code: Palmetto Bay, FL 33157

   Telephone: 3052096188    Facsimile: _____

2. Since **2018**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **Florida**. Applicant's bar license number is **1007675**.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | TXED | 07/07/2025 |
   | FLMD | 05/03/2022 |
   | FLSD | 08/17/2020 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Mingbo Ye

Mailing address: 12603 Southwest Fwy Suite 210

City, State, Zip Code: Stafford, TX 77477

Telephone: 832-462-0087

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jianyin Liu to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jianyin Liu
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7th day of November, 2025.

Jianyin Liu
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

Roadway Retail LLC

vs.

The Partnerships and Unincorporated
Associations Identified on Schedule A

Case No.: 25-cv-494

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jianyin Liu, counsel for Wanmikechuang-US and another 4 defs., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jianyin Liu may appear on behalf of Wanmikechuang-US and in the above case.

IT IS FURTHER ORDERED that Jianyin Liu, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of November, 20_____.

_____
Please Choose Judge

Reset all fields    Print Form