AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Roadway Retail LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:25-cv-494 |
| rships And Unincorporated Associations Identified On ( ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants: Wanmikechuang-US, youshengus, vannisi, Vanexiss-US, and Feisate.

Date: November 8, 2025

*Attorney's signature*

Mingbo Ye TX Bar No. 24124835
*Printed name and bar number*

12603 Southwest Fwy Suite 210 Stafford TX 77477
*Address*

mye@myiptrustlaw.com
*E-mail address*

832-462-0087
*Telephone number*

*FAX number*