IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ROADWAY RETAIL, LLC., | § § § § | |
| Plaintiff, | | |
| v. | § § | Case No. WA-25-CV-494-AM |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | § § § § | |
| Defendants. | § | |

### ORDER

Pending before the Court is a Motion for Admission Pro Hac Vice of attorney Jianyin Liu, who seeks to enter this action on behalf of the Defendants, Feisate, Vanexiss-US, Wanmikechuang-US, Youshengus, and Vannisi. (ECF No. 16.) Because Mr. Liu is in good standing with the Bar of the State of Florida, has been admitted to practice in at least one other federal court, and has paid the requisite filing fee, this Motion is hereby **GRANTED**.

It is **ORDERED** that Mr. Liu be permitted to appear before this Court pro hac vice for proceedings in this matter only. If Mr. Liu desires to appear in any further matter in the United States District Court for the Western District of Texas at any point in the future, he shall promptly submit his application to be admitted to the bar of this Court in the manner set forth in the Local Rules. Finally, while representing his clients in this case, Mr. Liu shall abide by all Local Rules for the United States District Court for the Western District of Texas and shall be bound by said rules.

SIGNED and ENTERED on this 10th day of November, 2025.

ALIA MOSES
Chief United States District Judge