**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**
**Case No. 6:25-cv-00494-AM**

Roadway Retail LLC,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.
______________________________________/

**MOTION FOR REMOTE APPEARANCE AT**
**PRELIMINARY INJUNCTION HEARING**

Comes now Jianyin Liu, movant herein, and respectfully moves this Court to permit his remote appearance by reliable videoconference at the Preliminary Injunction Hearing set for November 13, 2025, at 3:30 p.m. (Dkt. 10), and would show the Court as follows:

1. Movant Jianyin Liu is an attorney licensed in the State of Florida (Bar No. 1007675) and resides in Palmetto Bay, Florida. He is counsel of record for Defendants youshengus, Wanmikechuang-US, vannisi, Vanexiss-US, and Feisate.

2. On November 7, 2025, Mr. Liu filed a Motion for Admission Pro Hac Vice (Dkt. 16) to represent the above Defendants in this action. Local counsel Mingbo Ye has entered an appearance (Dkt. 17).

3. The Preliminary Injunction Hearing is scheduled in Del Rio, Texas, approximately 1,300 miles from Mr. Liu's residence. Requiring in-person attendance would impose substantial travel expense and hardship, particularly given the short notice.

4. Mr. Liu has reliable high-speed internet, a professional videoconference setup, and will ensure compliance with all courtroom decorum and technical requirements. Remote appearance will not prejudice any party or impede the Court's ability to conduct a full and fair hearing.

5. Plaintiff's counsel has been contacted and he opposed this motion.

WHEREFORE, Movant Jianyin Liu respectfully requests that the Court grant this Motion and permit him to appear remotely via videoconference at the November 13, 2025, Preliminary Injunction Hearing.

Dated: November 12, 2025 Respectfully submitted,

/s/ Jianyin Liu
Jianyin Liu (pro hac vice pending)
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com

Counsel for Defendants youshengus, Wanmikechuang-US, vannisi, Vanexiss-US, and Feisate

/s/ Mingbo Ye
Mingbo Ye
Texas Bar No. 24124835
12603 Southwest Fwy Suite 210
Stafford, TX 77477
Telephone: (832) 462-0087
Email: mye@myiptrustlaw.com

Local Counsel

**CERTIFICATE OF CONFERENCE**

I certify that on November 10, 2025, I conferred with Plaintiff's counsel Justin Poplin via email regarding this motion. Plaintiff opposed the requested relief.

/s/ Jianyin Liu
Jianyin Liu

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Jianyin Liu
Jianyin Liu