IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
NOV 12 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| ROADWAY RETAIL LLC, § § Plaintiff, § § v. § § The Partnerships and Unincorporated § Associations Identified on Schedule A, § § Defendants. § § | Case No. WA-25-CV-494-AM |

### ORDER GRANTING AN EXTENSION OF THE TEMPORARY RESTRAINING ORDER AND RE-SETTING PRELIMINARY INJUNCTION HEARING

Pending before this Court is the Plaintiff's Motion for Preliminary Injunction. (ECF No. 15.) The Court granted a temporary restraining order ("TRO") in this cause that is set to expire on November 13, 2025, at 3:30 p.m. A preliminary injunction hearing was originally set for November 13, 2025, at 3:30 p.m. However, due to scheduling conflicts of the parties involved, it is **ORDERED** that the preliminary injunction hearing is rescheduled for **November 25, 2025, at 3:30 p.m.** before the Honorable Alia Moses, Chief U.S. District Judge, United States District Court, 111 East Broadway, Del Rio, Texas.

The Court finds good cause to warrant an extension of the existing TRO until the parties may appear before this Court for the preliminary injunction hearing to address the merits of the Plaintiff's injunction motion. *See* Federal Rule of Civil Procedure 65(b)(2). The Court hereby incorporates the previous legal analysis discussed within the initial TRO [ECF No. 8] and **ADOPTS** those findings as part of its present Order without change. It is therefore **ORDERED** that the *ex parte* TRO shall be extended until **November 25, 2025, at 11:59 p.m.** at which time it shall expire.

It is further **ORDERED** that the Defendants' Motion for Remote Appearance at Preliminary Injunction Hearing is **DENIED**. (ECF No. 19.) Any and all proceedings held before this Court are conducted in-person and all persons having business before this Court are expected to appear as such. Remote appearances by attorneys are not allowed.

SIGNED and ENTERED on this 12th day of November 2025.

_____
ALIA MOSES
Chief United States District Judge