AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Roadway Retail LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:25-cv-494 |
| The Partnerships and Unincorporated Associations Identified on Schedule A | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Manbala, ZJNUO Direct, huicocy, LiPang, xiangzhouwang, PERFACE, pretty-angel, and keebapoo.

Date: November 17, 2025

/s/Mingbo Ye
*Attorney's signature*

Mingbo Ye
*Printed name and bar number*

2108 N ST STE N
Sacramento CA 95816
*Address*

mingboye@veritaslightlaw.com
*E-mail address*

(832)-462-0087
*Telephone number*

*FAX number*