UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ROADWAY RETAIL LLC, | )<br>) |
| Plaintiff, | ) Case No. 25-cv-494-AM<br>) |
| v. | ) Judge: Chief Judge Alia Moses<br>) |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Roadway Retail LLC hereby notifies this Court that the Plaintiff voluntarily dismisses without prejudice any and all claims against the following defendant(s):

| # in Sched. A | Seller Store Name | Amazon Seller ID | ASIN |
|---|---|---|---|
| 40 | Xtryfun Direct | A39RZWMWZMOZRK | B09NR6BT96 |
| 40 | Xtryfun Direct | A39RZWMWZMOZRK | B09NR6V2QD |

Dated: November 19, 2025

Respectfully Submitted,

/s/ Justin Poplin
Justin Poplin, W.D.Tex #21598
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: 913-303-3841
jpoplin@avekip.com
*Attorney for Plaintiff*

1