AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| Roadway Retail LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| THE PARTNERSHIPS et al. | ) |
| *Defendant* | ) |

Case No.   25-cv-00494

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Roadway Retail LLC                                                                                                           .

Date:     11/19/2025

/s/  Joseph Hooper
*Attorney's signature*

Joseph Hooper, 77011
*Printed name and bar number*

Avek IP, LLC
7285 W 132nd St., Ste. 340
Overland Park, KS 66213

*Address*

jhooper@AvekIP.com
*E-mail address*

(913) 499-1284
*Telephone number*

(913) 549-4646
*FAX number*