UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ROADWAY RETAIL LLC,** | ) |
| Plaintiff, | ) Case No. 25-cv-494 |
| v. | ) JURY TRIAL DEMANDED |
| **The Partnerships and Unincorporated Associations Identified on Schedule A,** | ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE CASH BOND FOR SURETY BOND

Plaintiff Roadway Retail LLC, by and through undersigned counsel, hereby moves the Court for permission to substitute its newly secured surety bond in the amount prescribed by the Court in its Sealed Order Granting-in-Part Plaintiff's Motion for Temporary Restraining Order (Dkt. 8) for the cash bond submitted November 3, 2025. *See* Dkt. 12. The Proposed Order included herewith contains payee information for remittance of the refunded sum upon the Court's receipt of Plaintiff's surety bond.

Dated: November 20, 2025

Respectfully Submitted,

/s/ *Joseph Hooper*
Joseph P. Hooper, #77011
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: 913- 499-1284
jhooper@avekip.com
*Attorney for Plaintiff*

1