UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ROADWAY RETAIL LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 25-cv-494 |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) ) ) |
| | ) |
| Defendants. | ) |

**\*PROPOSED\* ORDER**

Before the Court is Plaintiff's Motion to Substitute Cash Bond for Surety Bond (Dkt. 25). Plaintiff's Motion is GRANTED. Upon receipt of Plaintiff's surety bond in the amount of ten thousand dollars ($10,000), the Clerk of the Court is directed to release the ten thousand dollar ($10,000) cash bond, posted 11/3/2025 by Plaintiff in connection with the temporary restraining order entered in this case, plus interest, to Plaintiff's counsel:

    A. Justin Poplin
    Avant Law Group, LLC (a member of Avek IP, LLC)
    7285 W. 132nd Street, Suite 340
    Overland Park, KS 66213

Dated: _____

                                                                                   Honorable Alia Moses
                                                                                   U.S. District Judge