## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **ROADWAY RETAIL LLC,** ) | |
| ) | |
| Plaintiff, ) | **Case No. 25-cv-494-AM** |
| ) | |
| v. ) | **Judge: Chief Judge Alia Moses** |
| ) | |
| **The Partnerships and** ) | |
| **Unincorporated Associations** ) | |
| **Identified on Schedule A**, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Roadway Retail LLC hereby notifies this Court that the Plaintiff voluntarily dismisses without prejudice any and all claims against the following defendant(s):

| # in Sched. A | Seller Store Name | Amazon Seller ID | ASIN |
|---|---|---|---|
| 17 | Richardsonrr | A1T1P6SFGY8FAM | B0CZKF177G |
| 26 | Dottsiu | AA0U6H7P41BEU | B0D63D4R9F |

1

Dated: November 25, 2025

Respectfully Submitted,

/s/

Justin Poplin, W.D.Tex #21598
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: 913-303-3841
jpoplin@avekip.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 11/25/2025, a true and correct copy of the foregoing was electronically filed with the United States District Court for the Western District of Texas and electronically served upon all parties having filed an appearance in this matter via the Court's CM/ECF notice of electronic filing.

Dated: 11/25/2025

Respectfully Submitted,

/s/

Justin Poplin