UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Case No. 6:25-cv-00494-AM

Roadway Retail LLC,

Plaintiff,

v.

The Partnerships and Unincorporated
Associations Identified on Schedule A,

Defendants.

_____/

### NOTICE OF FILING EXHIBIT E TO THE RESPONSE

PLESAE TAKE NOTICE THAT Defendants youshengus, Wanmikechuang-US, vannisi, Vanexiss-US, and Feisate (collectively, "Movants"), by and through undersigned counsel, hereby file Exhibit E to the Response in Opposition to Motion for Preliminary Injunction [DE 27] that was not filed on the day of Nov. 21, 2025.

Dated: November 25, 2025

/s/ Jianyin Liu
Jianyin Liu (pro hac vice)
Florida Bar No. 1007675
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com

Counsel for Defendants youshengus,
Wanmikechuang-US, vannisi,

Vanexiss-US, and Feisate

**CERTIFICATE OF SERVICE**

    I certify that on November 25, 2025, I electronically filed the foregoing with the Clerk using CM/ECF, which will notify all counsel of record.

<u>/s/ Jianyin Liu</u>
Jianyin Liu