AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Roadway Retail LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:25cv494-AM |
| The Individuals, Partnerships, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

guozhentian and ANKIA Store.

Date: 12/01/2025

/s/David R. Bennett
*Attorney's signature*

David R. Bennett (Illinois Bar No. 6244214)
*Printed name and bar number*

Direction IP Law
P.O. Box 14184
Chicago, IL 60614
*Address*

dbennett@directionip.com
*E-mail address*

(312) 291-1667
*Telephone number*

*FAX number*