UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Case No. 6:25-cv-00494-AM

Roadway Retail LLC,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

_____/

### NOTICE OF APPEARANCE

Please take notice that Jianyin Liu, Esq., on behalf of Law Offices of James Liu, PLLC hereby enters his appearance as counsel for the defendants Suvnie (Seller ID A377LJFN5FNPVT, DOE 14) and MandarkTech (Seller ID: ALKURT6X6LAC3, Doe 20).

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Dec. 2, 2025

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC

15750 SW 92nd Ave Unit 20C<br>
Palmetto Bay, FL 33157<br>
Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I certify that this document has been served to all parties on record via CM/ECF on this Dec. 2, 2025.

/s/ Jianyin Liu