**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**
Case No. 6:25-cv-00494-AM

Roadway Retail LLC,

Plaintiff,

v.

The Partnerships and Unincorporated
Associations Identified on Schedule A,

Defendants.

_____/

## DEFENDANTS SUVNIE AND MANDARKTECH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants Suvnie (Seller ID: A377LJFN5FNPVT, Doe 14) and MandarkTech (Seller ID: ALKURT6X6LAC3, Doe 20) (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendants state as follows:

1. This action was filed on October 22, 2025. The Court granted Plaintiff's Motion for Alternative Service on October 30, 2025, authorizing service via electronic means on the Defendants identified in Schedule A.

2. Defendants were served with the Complaint via email pursuant to the Court's Order. The current deadline for Defendants to file an answer or otherwise respond to the Complaint is Nov. 28, 2025.

3. Defendants reside in China and have very limited proficiency in English. As a result, they faced significant challenges in understanding the legal proceedings and locating counsel admitted to practice before this Court in the Western District of Texas.

4. Despite diligent efforts, Defendants were unable to secure eligible counsel until recently. Undersigned counsel was retained on or about December 1, 2025, and filed a Notice of Appearance on December 2, 2025 [Dkt. 46].

5. Due to the language barriers, geographic distance, and the time required to review the case materials, Defendants require additional time to prepare a response. Defendants respectfully request an extension until December 12, 2025, to file their answer or otherwise respond to the Complaint. This is Defendants' first request for an extension.

6. Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Court may extend a deadline for good cause if the request is made before the original time expires. Here, good cause exists because of the aforementioned challenges, which were beyond Defendants' control and not due to any lack of diligence.

7. Undersigned counsel has conferred with Plaintiff's counsel, Justin Poplin, and Plaintiff does not oppose this motion.

8. Granting this brief extension will not prejudice Plaintiff or delay the proceedings, as the case is still in its early stages, and a preliminary injunction hearing was previously held on November 13, 2025.

WHEREFORE, Defendants respectfully request that the Court grant this unopposed motion and extend the deadline for Defendants to file an answer or otherwise respond to the Complaint until December 12, 2025, and for such other and further relief as the Court deems just and proper.

Dated: December 2, 2025

>Respectfully submitted,
>
>/s/ Jianyin Liu
>Jianyin Liu, Esq.
>FBN: 1007675
>jamesliulaw@gmail.com
>The Law Offices of James Liu PLLC
>15750 SW 92nd Ave Unit 20C
>Palmetto Bay, FL 33157
>Ph: (305) 209-6188
>Counsel for Defendants Suvnie and MandarkTech

### CERTIFICATE OF CONFERENCE

I hereby certify that on December 2, 2025, I conferred with Plaintiff's counsel, Justin Poplin, via email regarding the relief requested in this motion, and he indicated that Plaintiff does not oppose the motion.

>/s/ Jianyin Liu
>Jianyin Liu

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

>/s/ Jianyin Liu
>Jianyin Liu