UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ROADWAY RETAIL LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　　Defendant. | Civil Action No. 6:25-cv-00494-AM |

**DEFENDANTS ANKIA STORES AND GUOZHENTIAN
UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b), Fed.R.Civ.P., Defendants ANKIA (Def. #46) and guozhentian (Def. #19) (collectively "Defendants") file this unopposed motion requesting an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendants contend there is good cause for the extension and state as follows:

1. Plaintiff Roadway Retail LLC ("Plaintiff") commenced this action for patent infringement October 22, 2025. (Dkt. No. 1).

2. Plaintiff contends that Defendants were served the summons and Complaint on November 7, 2025. (Dkt. No. 14). Based on that date, Defendants' responses were due November 28, 2025. (*Id.*).

3. Plaintiff has stated it does not oppose a 30-day extension of time to December 29, 2025.

4. Defendants respectfully request an extension of time to answer or otherwise respond to Plaintiff's Complaint to and including December 29, 2025. Defendants request the extension to allow additional time to investigate the allegations of patent infringement, in the Complaint. Defendants are also located in Asia which delays communications between Defendants

and their attorneys, due to the time change. Defendants' delay in filing the request for the extension was a result of delayed communication with its client and confirming that Plaintiff did not oppose the request. Defendants therefore contend that there is good cause for the extension.

Defendants ANKIA (Def. #46) and guozhentian (Def. #19) therefore respectfully request that the Court extend the time for Defendants ANKIA (Def. #46) and guozhentian (Def. #19) to answer Plaintiff's Complaint through and including December 29, 2025.

Dated: December 4, 2025                                Respectfully submitted,

*/s/ David R. Bennett*
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com

*Counsel for Defendants ANKIA (Def. #46) and guozhentian (Def. #19)*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all attorneys of record who have consented to such notifications.

*/s/ David R. Bennett*
David R. Bennett

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Plaintiff's counsel, Justin Poplin, by telephone regarding the relief requested in this motion, and he indicated that Plaintiff does not oppose the motion.

*/s/ David R. Bennett*
David R. Bennett