UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ROADWAY RETAIL LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　　Defendant. | Civil Action No. 6:25-cv-00494-AM |

## ORDER

Defendants ANKIA (Def. #46) and guozhentian (Def. #19) ("Defendants") filed their Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court, having considered the motion, finds that the Unopposed Motion should be GRANTED.

Defendants' deadline to answer, or otherwise respond to, the Complaint in this matter is extended up to and including December 29, 2025.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Alia Moses
　　　　　　　　　　　　　　　　　　　　United States District Judge

1