**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **ROADWAY RETAIL LLC,** ) | |
| ) | |
| Plaintiff, ) | **Case No. 25-cv-494-AM** |
| ) | |
| v. ) | **Judge: Chief Judge Alia Moses** |
| ) | |
| **The Partnerships and** ) | |
| **Unincorporated Associations** ) | |
| **Identified on Schedule A**, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO DISMISS

## ALL CLAIMS AND COUNTERCLAIMS INVOLVING DEFENDANT 5

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff and the following defendant ("Defendant"):

| Defendant # | Seller Store Name | Seller ID | Product # |
|---|---|---|---|
| 5 | Vrasly | A2K6R3ZVEBVWOQ | B0CNW4NDFH |
| 5 | Vrasly | A2K6R3ZVEBVWOQ | B0C5HDKLN5 |

respectfully notify this Court that Plaintiff and Defendant have settled all claims and counterclaims between them in this litigation and jointly request a Court Order dismissing with prejudice any and all claims and counterclaims involving this Defendant. Plaintiff and Defendant have agreed to each pay their own costs and fees associated with this litigation.

This Joint Motion does not affect the status of any other defendant in this case.

Dated: December 10, 2025

For Plaintiff:

*/s/ Justin Poplin*
Allen Justin Poplin, #21598
**AVEK IP, LLC**
7285 W. 132nd Street, Ste. 340
Overland Park, KS 66213
Phone: (913) 303-3841
jpoplin@avekip.com

For Defendant Vrasly:

*/s/ Jianyin Liu*
Jianyin Liu, Esq.
FBN: 1007675
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on 12/10/2025, a true and correct copy of the foregoing was electronically filed with the United States District Court for the Western District of Texas and electronically served upon all parties having filed an appearance in this matter via the Court's CM/ECF notice of electronic filing.

Dated: 12/10/2025                                    Respectfully Submitted,

                                    */s/ Justin Poplin*
                                    Allen Justin Poplin, NDIL 21598
                                    **AVEK IP, LLC**
                                    7285 W. 132nd Street, Suite 340
                                    Overland Park, KS 66213
                                    Phone: 913-303-3841
                                    jpoplin@avekip.com
                                    *Attorney for Plaintiff*